# EXHIBIT 4

CRAIG M. PETERS, NO. 184018
**ALTAIR LAW LLP**
465 California Street, 5th Floor
San Francisco, CA 94104
Phone: (415)988-9828
Email: cpeters@altairlaw.com
(*Co-Counsel/Local Counsel*)

THERON HARDEE BASS, III (Admitted *Pro Hac Vice*)
JOHN SCAROLA (Admitted *Pro Hac Vice*)
**SEARCY DENNEY SCAROLA BARNHART & SHIPLEY P.A.**
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Phone: (561) 686-6300
Email: thb@searcylaw.com; thbteam@searcylaw.com
Email: jsx@searcylaw.com; mmccann@searcylaw.com; _scarolateam@searcylaw.com
(Admitted *Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFF
JOHN DOE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., (f/k/a Twitter, Inc., d/b/a X), and X.AI CORP., (d/b/a xAI),<br><br>Defendants. | CASE NO. 3:25-cv-07597<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSUEDONYM** |

The Court having reviewed Plaintiff's Motion for (1) Temporary Restraining Order, Without Notice, (2) Preliminary Injunction and Order to Show Cause Setting Hearing, and (3) Order Permitting Plaintiff to Proceed Under Pseudonym, the Memorandum of Points and Authorities in Support of the Motion, and all materials submitted with the Motion and the Memorandum, hereby **GRANTS** Plaintiff's Motion in all respects.  Regarding the motion to

1

proceed under pseudonym,[1] IT IS ORDERED:

Plaintiff shall be permitted to proceed under the pseudonym JOHN DOE for the entirety of this action.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Lisa J. Cisneros
UNITED STATES MAGISTRATE JUDGE

---

[1] The order on Plaintiff's Motion for Temporary Restraining Order, Without Notice, was entered separately, as was the order setting hearing on motion for injunction (if applicable).

John Doe, Individually & on behalf of all others similarly situated vs. X CORP. and X.AI CORP.
Case No. 3:25-CV-07597
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSUEDONYM