| | |
|---|---|
| 1 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 2 | Derek L. Shaffer (Bar No. 212746)<br>derekshaffer@quinnemanuel.com |
| 3 | 1300 I Street NW<br>Washington, D.C. 20005 |
| 4 | Telephone:     (202) 538 8000<br>Facsimile:      (213) 538 8100 |
| 5 | |
| 6 | Shon Morgan (Bar No. 187736)<br>shonmorgan@quinnemanuel.com |
| 7 | Dylan C. Bonfigli (Bar No. 317185)<br>dylanbonfigli@quinnemanuel.com |
| 8 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:     (213) 443 3000 |
| 9 | Facsimile:      (213) 443 3100 |
| 10 | Attorneys for Defendants X Corp. and xAI Corp. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>v.<br><br>X CORP. et al.,<br><br>            Defendants. | Case No. 3:25-cv-07597-TLT<br><br>**DECLARATION OF JOLIE PERLA IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF TEXAS**<br><br>Date:   November 4, 2025<br>Time:  2:00 p.m.<br>Judge: Honorable Trina L. Thompson |

## DECLARATION OF JOLIE PERLA

I, Jolie Perla, declare as follows:

1. I am a senior associate on the Law Enforcement Response Team at X Corp. I am over twenty-one years old, of sound mind, and fully competent and authorized in all respects to execute this declaration. I have personal knowledge of the facts set forth herein, which are true and correct.

2. I have reviewed X Corp.'s records regarding Plaintiff John Doe's X account. As of October 9, 2025, at 8:47 a.m., Plaintiff last accessed his X account on October 4, 2025, and Plaintiff last posted to X on October 1, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 13, 2025

By: *Jolie Perla*
Jolie Perla (Oct 13, 2025 11:13:20 PDT)
Jolie Perla

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, Derek L. Shaffer, am the ECF user whose ID and password are being used to file the |
| 3 | above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jolie Perla has |
| 4 | concurred in the aforementioned filing. |
| 5 | Executed on October 15, 2025. |
| 6 | |
| 7 | */s/ Derek L. Shaffer*<br>Derek L. Shaffer |

-2-

Case No. 3:25-cv-07597-TLT
DECLARATION OF JOLIE PERLA