UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN DOE, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>V.<br><br>X CORP., (f/k/a Twitter, Inc., d/b/a X), and X.AI CORP., (d/b/a xAI),<br><br>*Defendants.* | Case No. 4:25-cv-01282-P |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Judd E. Stone II, Attorney at Law, hereby enters his appearance as additional counsel of record for X Corp. and X.AI Corp., Defendants, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

November 24, 2025                         Respectfully submitted.

                                By: */s/ Judd E. Stone II*
                                    Judd E. Stone II
                                    Texas Bar No. 24076720
                                    Christopher D. Hilton
                                    Texas Bar No. 24087727
                                    **STONE | HILTON PLLC**
                                    600 Congress Ave., Suite 2350
                                    Austin, TX 78701
                                    Telephone: (737) 465-3897
                                    judd@stonehilton.com
                                    chris@stonehilton.com

>Noah Schottenstein
>Texas Bar No. 24100661
>**STONE | HILTON PLLC**
>301 Commerce St., Suite 2360
>Fort Worth, TX 76102
>Telephone: (737) 465-3897
>noah@stonehilton.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on November 24, 2025, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

>*/s/ Judd E. Stone II*
>Judd E. Stone II