## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| JOHN DOE, Individually and on behalf of all others similarly situated,<br><br>　　*Plaintiffs,*<br><br>V.<br><br>X CORP., (f/k/a Twitter, Inc., d/b/a X), and X.AI CORP., (d/b/a xAI),<br><br>　　*Defendants.* | Case No. 4:25-cv-01282-P |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Christopher D. Hilton, Attorney at Law, hereby enters his appearance as additional counsel of record for X Corp. and X.AI Corp., Defendants, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

November 24, 2025　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　By: */s/ Christopher D. Hilton*
　　　　　　　　　　　　　　　　　Christopher D. Hilton
　　　　　　　　　　　　　　　　　Texas Bar No. 24087727
　　　　　　　　　　　　　　　　　Judd E. Stone II
　　　　　　　　　　　　　　　　　Texas Bar No. 24076720
　　　　　　　　　　　　　　　　　**STONE | HILTON PLLC**
　　　　　　　　　　　　　　　　　600 Congress Ave., Suite 2350
　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　Telephone: (737) 465-3897
　　　　　　　　　　　　　　　　　chris@stonehilton.com
　　　　　　　　　　　　　　　　　judd@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
**STONE | HILTON PLLC**
301 Commerce St., Suite 2360
Fort Worth, TX 76102
Telephone: (737) 465-3897
noah@stonehilton.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on November 24, 2025, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

*/s/ Christopher D. Hilton*
Christopher D. Hilton