UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JOHN DOE, Individually and on behalf of all others similarly situated,**<br><br>    *Plaintiffs,*<br><br>**V.**<br><br>**X CORP., (f/k/a Twitter, Inc., d/b/a X), and X.AI CORP., (d/b/a xAI),**<br><br>    *Defendants.* | **Case No. 4:25-cv-01282-P** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Noah Schottenstein, Attorney at Law, hereby enters his appearance as additional counsel of record for X Corp. and X.AI LLC, Plaintiffs, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned. Mr. Schottenstein satisfies the requirements for local counsel under Local Rule 83.10(a).

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

November 24, 2025                          Respectfully submitted.

                                            By: */s/ Noah Schottenstein*
                                                  Noah Schottenstein
                                                  Texas Bar No. 24100661
                                                  **STONE | HILTON PLLC**
                                                  301 Commerce St., Suite 2360
                                                  Fort Worth, TX 76102
                                                  Telephone: (737) 465-3897
                                                  noah@stonehilton.com

        Judd E. Stone II
        Texas Bar No. 24076720
        Christopher D. Hilton
        Texas Bar No. 24087727
        **STONE | HILTON PLLC**
        600 Congress Ave., Suite 2350
        Austin, TX 78701
        Telephone: (737) 465-3897
        judd@stonehilton.com
        chris@stonehilton.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on November 24, 2025, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

        */s/ Noah Schottenstein*
        Noah Schottenstein