# United States District Court

NORTHERN DISTRICT OF TEXAS
501 W. 10TH STREET, ROOM 202A
FORT WORTH, TEXAS 76102

MARK T. PITTMAN  
UNITED STATES DISTRICT JUDGE

TELEPHONE: (817) 850-6656  
FACSIMILE: (817) 850-6707

February 5, 2026

Karen Mitchell  
Clerk of Court  
United States District Court  
Northern District of Texas  
501 W. 10th Street  
Fort Worth, TX 76102-3673

    Re:    4:25-CV-1282-P; Doe v. X Corp. et al

Dear Ms. Mitchell:

    I hereby recuse myself from the above styled and numbered case. Please see that it is assigned to another judge per the usual procedure.

Sincerely,

*Mark T. Pittman*

MARK T. PITTMAN  
UNITED STATES DISTRICT JUDGE