IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-01282-O** |
| | § | |
| **X CORP. et al,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the Defendants' Motion to Dismiss the Second Amended Complaint and Brief in Support, ECF Nos. 75–76; Plaintiff's Response and Appendix in Support, ECF Nos. 77–78; and Defendants' Reply, ECF No. 85.

The Court sets a hearing for this matter on **Friday, February 13, 2026** at **9 AM**. The hearing will convene in the Second Floor Courtroom, 501 W 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **6th day** of **January, 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**