IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-01282-O |
| | § | |
| X CORP. et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Plaintiff's counsel Rosalyn Sia Baker Barnes' Motion to appear remotely, ECF No. 89. The Court is not equipped to host remote participation by counsel, accordingly the Motion is **DENIED**.

**SO ORDERED** on this **12th day** of **February, 2026**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE