IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-01282-O |
| | § | |
| X CORP. et al, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Court **DISMISSES with prejudice** Plaintiff's claims.

2. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order to the parties.

**SO ORDERED** on this **25th day** of **February, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**