**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| JOHN DOE, Individually and on behalf of all others similarly situtated,<br><br>      Plaintiffs,<br><br>      v.<br><br>X CORP., (f/ka/ Twitter, Inc., d/b/a X), and X.AI CORP., (d/b/a xAI),<br><br>      Defendants. | Civil Action No. 4:25-cv-01282-O<br><br>Judge: Honorable Reed O'Connor<br><br>Notice of Appeal |

## NOTICE OF APPEAL

Plaintiff, JOHN DOE, appeals to the United States Court of Appeals for the Fifth Circuit from (1) the order granting Defendants' Motion to Dismiss the Second Amended Complaint with prejudice and denying as moot Plaintiff's Motion for Leave to File a Third Amended Complaint, Motion for Preliminary Injunction, and Motion to Certify Class entered on February 25, 2026 (ECF No. 98) and (2) the final judgment dismissing Plaintiff's claims with prejudice entered on February 25, 2026 (ECF No. 99).

1

Dated: March 23, 2026

Respectfully Submitted,

Attorneys for Plaintiff, John Doe

Rosalyn Sia Baker-Barnes*  
Florida Bar No.: 327920  
rsb@searcylaw.com;  
_baker-barnesteam@searcylaw.com  
John Scarola*  
Florida Bar No.: 169440  
jsx@searcylaw.com;  
_scarolateam@searcylaw.com  
F. Gregory Barnhart*  
Florida Bar No.: 217220  
fgb@searcylaw.com;  
_barnhartteam@searcylaw.com  
T. Hardee Bass, III*  
Florida Bar No.: 0011055  
thb@searcylaw.com;  
thbteam@searcylaw.com  
SEARCY DENNEY SCAROLA  
BARNHART & SHIPLEY, P.A.  
2139 Palm Beach Lakes Boulevard  
West Palm Beach, Florida 33409  
Phone: (561) 686-6300  
Fax: (561) 200-1087

/s/ T. Hardee Bass, III  
Charla G. Aldous  
State Bar No. 20545235  
caldous@aldouslaw.com  
Caleb M. Miller  
State Bar No. 24098104  
cmiller@aldouslaw.com  
ALDOUS LAW  
4311 Oak Lawn Ave., Suite 150  
Dallas, TX 75219  
Phone: (214) 526-5595  
Fax: (214) 526-5525

and

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, as authorized by Federal Rule of Civil Procedure 5(b)(2)(E),

which will send notification of such filing to all parties that are CM/ECF participants in this action.

By:    /s/ T. Hardee Bass, III  
T. HARDEE BASS, III

2